Date: 06/10/10  *150445*  Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-21781 - DAWSON, BRITTANY A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Urology Partners Inc.**<br>**18099 Lorain Ave Suite 141**<br>**Cleveland, OH 44111**<br>  Unsecured Distribution<br>  #69377 | 000001 | 15.00 | 2.17 |
| ---------- Remittance Total -------------- | | 15.00  CK# 1003 | 2.17 |

*Waldemar J. Wojcik, Trustee*

FILED 2010 JUN 15 PM 1:44 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND